

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: DANNY SALCIDO, | § | |
| | § | No. 08-19-00178-CR |
| Appellant. | § | Appeal from the |
| | § | 120th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20150D02954-120-1) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **January 28, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before January 28, 2020.

IT IS SO ORDERED this 30th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.